IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAROLYN L. GRAVEN,<br><br>Plaintiff,<br><br>-v-<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT LLC, ORTHO-MCNEIL PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JANSSEN ORTHO LLC, and JOHNSON AND JOHNSON COMPANY<br>Defendants. | Case No. 2:22-cv-00462 |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, CAROLYN L. GRAVEN, together with the above-captioned Defendants, by and through their respective counsel of record, that the claims of Plaintiff, CAROLYN L. GRAVEN, be dismissed with prejudice and that Plaintiff be dismissed as a party to this action pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own costs.

Date: June 13, 2024

| | |
|---|---|
| *Attorneys for Plaintiff*<br>*Levin, Papantonio, Rafferty,*<br>*Proctor, Buchanan, O'Brien,*<br>*Barr & Mougey, P.A.* | *Attorney for Defendants*<br>*Janssen Pharmaceuticals,*<br>*Inc. and Johnson & Johnson* |

/s/ T. Alexander Taylor
T. Alexander Taylor
Levin Papantonio Rafferty, et al.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
(850) 435-7084
ataylor@levinlaw.com

Timothy M. O'Brien
Levin Papantonio Rafferty, et al.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
(850) 435-7084
tobrien@levinlaw.com

s/ Michael C. Zogby
Michael C. Zogby
Barnes & Thornburg, LLP
67 East Park Place, Suite 1000
Morristown, NJ 07960
973-775-6110
Michael.Zogby@btlaw.com

Kristen R. Fournier
King & Spalding
1185 Avenue of the Americas,
35th Floor
New York, New York 10036
kfournier@kslaw.com

## CERTIFICATE OF SERVICE

I, T. Alexander Taylor, hereby certify that June 13, 2024, I filed a copy of the foregoing document via the Court's CM/ECF System, which sent a Notice of Filing Activity to all counsel of record. The document is available for viewing and downloading from that system.

/s/ T. Alexander Taylor
T. Alexander Taylor
Levin Papantonio Rafferty, et al.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
(850) 435-7084
ataylor@levinlaw.com

Timothy M. O'Brien
Levin Papantonio Rafferty, et al.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
(850) 435-7084
tobrien@levinlaw.com

It is so ordered, this 13th day of _____, 20__

Brian R. Martinotti, U.S.D.J.